IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HENRY JOHNSON,
 Plaintiff,

vs.          CASE NO.: 5:08cv98/RH/MD

VERNON SPENCER, et al.,
 Defendants.

## O R D E R

  Plaintiff, an inmate proceeding *pro se*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).

  A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with account summary attachments (a certified copy of plaintiff's trust fund account statement reflecting transactions in his inmate account for the six month period immediately preceding the filing of the complaint).  Plaintiff's application is incomplete.  His motion included only page two of the prisoner consent form, and plaintiff failed to include a printout of the transactions in his account for the entire six month period.  Plaintiff's case cannot proceed until all these forms are submitted.

  Accordingly, it is ORDERED:

  1. Ruling on plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DEFERRED.

  2. The clerk is directed to forward to the plaintiff a prisoner consent form.  This case number should be written on the form.

  3. Within **thirty (30) days** of the date of this order plaintiff shall either (1) correct the deficiency in his *in forma pauperis* application by filing a fully completed prisoner consent form along with a copy of his trust fund account statement for the period <u>October 4, 2007 to April 4, 2008</u>, or (2) pay the full $350.00 filing fee.

   4. Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to comply with an order of this court.

   DONE AND ORDERED this 22nd day of April, 2008.

          /s/ *Miles Davis*
          MILES DAVIS
          UNITED STATES MAGISTRATE JUDGE