IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HENRY JOHNSON,
        Plaintiff,

vs.                                              Case No.: 5:08cv98/RH/MD

VERNON SPENCER, et al.,
        Defendants.

_____

### REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. Plaintiff commenced this action on April 7, 2008 by filing a civil rights complaint. (Doc. 1). On July 17, 2008 the court issued an order directing plaintiff to file an amended complaint within thirty days. (Doc. 11). Plaintiff was warned that failure to comply with the order would result in a recommendation of dismissal of this action. Plaintiff did not respond to the order.

      Accordingly, on August 27, 2008 the court issued an order directing plaintiff to show cause, within twenty days, why his case should not be dismissed for failure to comply with an order of the court. (Doc. 14). A copy of the order was mailed to plaintiff at his address of record: Caryville Work Camp, P.O. Box 129, Caryville, Florida 32427; however, it was returned as undeliverable on September 15, 2008 with the notation "Return to Sender - No Longer Here - Forwarding Order Expired." (Doc. 15).

      Upon its own initiative, the court learned that plaintiff had been released from the Florida Department of Corrections ("DOC") on August 24, 2008. *See* www.dc.state.fl.us. The DOC website indicated plaintiff's stated residence upon

release as 7890 Home Front Rd., Sneads, Florida 32460.  Accordingly, in the interests of justice, the court directed the clerk to re-mail a copy of the August 27, 2008 order to plaintiff at his release address.  This time, the copy of the order was <u>not</u> returned as undeliverable.  However, plaintiff still has not responded to the order.  No correspondence from plaintiff has been received since August of 2008. (*See* Doc. 13).

Accordingly, it respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 8th day of October, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).