# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HENRY JOHNSON,

    Plaintiff,

v.                                                            CASE NO. 5:08cv98-RH/MD

VERNON SPENCER, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 16), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice for failure to abide by an order of the court and failure to prosecute." The clerk must close the file.

SO ORDERED on November 14, 2008.

                                                s/Robert L. Hinkle
                                               Chief United States District Judge